**Electronically Filed
Supreme Court
SCWC-30547
04-JUN-2012
09:12 AM**

NO. SCWC-30547

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHARLES DAVID BOYD,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

THE UNIVERSITY OF HAWAIʻI, a body corporate, MARLA J. BERRY,
ROSANNE C. HARRIGAN, PING AN LI, T. SAMUEL SHOMAKER,
GARY K. OSTRANDER, KENNETH KIPNIS, and VASSILIS L. SYRMOS,
Respondents/Defendants-Appellees/Cross-Appellants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30547; CIV. NO. 08-1-0989)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.,
Circuit Judge Kubo, in place of Recktenwald, C.J., recused,
and Circuit Judge Nacino, in place of Duffy, J., recused)

Petitioner/Plaintiff-Appellant/Cross-Appellee's

application for writ of certiorari filed on May 1, 2012, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 4, 2012.

| | |
|---|---|
| Charles David Boyd, petitioner/plaintiff-appellant/cross-appellee pro se | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| Kenneth S. Robbins, John-Anderson L. Meyer, and Sergio Rufo for respondents/ defendants-appellees/cross-appellants | /s/ Edward H. Kubo, Jr. |
| | /s/ Edwin C. Nacino |